IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPTRASCAN, INC., | ) |
|             Plaintiff, | ) |
| v. | ) C.A. No. 24-649-JCG |
| MORPHLE LABS, INC., | ) |
|             Defendant. | ) |

**FINAL JUDGMENT**

WHEREAS, on November 20, 2025, the Court issued its Opinion and Order On Claim Construction, which construed various terms of the Asserted Claims of the '365 patent and the '376 patent (the "Claim Construction Opinion and Order"). D.I. 80.

WHEREAS, on January 16, 2026, the parties filed a Joint Stipulation for Entry of Final Judgment of Non-Infringement of the Asserted Patents.

Pursuant to and for the reasons set forth in the parties' Joint Stipulation for Entry of Final Judgment to of Non-Infringement of the Asserted Patents, IT IS SO ORDERED AND ADJUDGED that:

1. Judgment of non-infringement of all of the Asserted Claims of the '365 and '376 patents is entered in favor of Defendant Morphle Labs, Inc. ("Morphle") on all counts in Plaintiff OptraSCAN, Inc.'s ("OptraSCAN") Complaint (D.I. 1) and First Amended Complaint (D.I. 11).

2. Morphle's remaining defenses and counterclaims are dismissed without prejudice as moot.

3. Any request for costs, including under Federal Rule of Civil Procedure 54(d) and D. Del. LR 54.1 or motion for attorney's fees shall be extended until 21 days after (1) the

issuance of a mandate from the Federal Circuit or any earlier termination of the appeal, or (2) the deadline for filing a notice of appeal, if no appeal is filed.

This is a final judgment and may be appealed if a notice of appeal is filed within 30 days of the date on which this judgment was ordered.

**SO ORDERED** this 21st day of January 2026.

/s/ Jennifer Choe-Groves
The Honorable Jennifer Choe-Groves
United States District Court Judge*

*Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.